UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-MJ-389(SER)

| | |
|---|---|
| IN THE MATTER OF SEARCH ) | |
| WARRANTS ISSUED ON ) | **MOTION TO SEAL** |
| SEPTEMBER 23, 2010 ) | |

The United States of America, by and through its attorneys, John R. Marti, Acting United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, respectfully submits its motion to file documents under seal in the above-entitled case.

This motion is based upon the records and proceedings in this matter.

Dated: February 13, 2014

Respectfully Submitted,

JOHN R. MARTI
Acting United States Attorney

*s/ Charles J. Kovats, Jr.*

FOR ~~BY~~: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531